IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORNELIUS BUTLER                                                        PLAINTIFF

vs.                              NO. 5:08CV00043 BSM

SELECT SPECIALTY HOSPITAL-
PINE BLUFF, INC.                                                        DEFENDANT

## ORDER

Pursuant to the motion to dismiss, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2008.


_____
UNITED STATES DISTRICT JUDGE